Edward N. Fournier, Respondent, v. Union Bag and Paper Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Smith, P. J., and Kellogg, J., who dissented.

The First National Bank of Waverly, New York, Respondent, v. Byram L. Winters, Appellant.— Judgment and orders reversed and new trial granted, with costs to appellant to abide event, on the ground that it was error to permit the plaintiff to prove withdrawals of deposits not shown to be those stated in its bill of particulars, and also on the ground that it was error to refuse to admit evidence offered by the defendant of publications of the report of the Insurance Department in reference to irregularities in the administration of the National Protective Legion of Waverly, N. Y. All concurred; Kellogg, J., upon the ground first stated.

Marquis L. Keyes, Respondent, v. Metropolitan Trust Company of the City of New York, as Administrator, etc., of Alexander McDonald, Deceased, Appellant.— Order affirmed, with costs. All concurred.

Albert Mathews, Respondent, v. Fred Hill, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the ground that the defendant had no right to set up an affirmative defense to the effect that the deed was procured from Mary McNeil by fraud and undue influence, for that was a defense not pleaded in the original answer in Justice's Court. The allegations in the attempted new defense that the deed was a forgery were unnecessary because, under the defendant's denial, he could prove without plea that the deed was forged. All concurred, except Smith, P. J., and Kellogg, J., who dissented upon the ground that no new defense is set up.

George W. Maltby & Sons Company v. Charles P. Boland Company and Others.— Motion denied.

The People of the State of New York v. John J. Guiton and Another.— Motion denied.

The People of the State of New York ex rel. Edward M. Graves Respondent, v. William Sohmer, as Comptroller of the State of New York, Appellant.— Motion granted.

The People of the State of New York, Respondent, v. The Brooklyn Bank in the City of New York, Respondent. Charles M. Higgins, as Receiver of The Brooklyn Bank in the City of New York, Respondent; Bruyn Hasbrouck, as Receiver of The Brooklyn Bank in the City of New York, and Others, Appellants. The People of the State of New York, Plaintiff, v. The Brooklyn Bank in the City of New York, Defendant. Charles M. Higgins, Appellant, v. Bruyn Hasbrouck and Others, Respondents.— Order affirmed, without costs, with leave to the petitioner to apply to this court for a reargument of the application heretofore made for a modification of the decree herein if he be so advised. All concurred: Betts, J., not sitting.